**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE J. CAMINO, | ) | NO. SA CV 12-0057-GW(E) |
|     Petitioner, | ) | |
|     v. | ) | JUDGMENT |
| L.S. McEWEN, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 27, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE